```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131-TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| VALDEZ-TORRES et al., | ) Date:  December 10, 2015 |
| | ) Time:  9:30 a.m. |
| Defendants | ) Judge: Honorable Troy L. Nunley |
| | ) |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Roberto Gomez. Jr., Christopher R. Cosca, Esq., counsel for defendant Leonel Ayon, David A. Torres, Esq., counsel for defendant Leobardo Martinez-Carranza, Jesse Ortiz, III, Esq., counsel for defendant Jason Rogers, Michael Petrik, Jr., Esq., counsel for defendant Shannon Armstrong, John R. Manning, Esq., counsel for defendant Bradley Ward, Toni L. White, Esq., counsel for defendant David Uhrig, Clemente M. Jimenez, Esq., counsel for defendant William Welch, David A. Grow, Esq., counsel for defendant Michael McGibbon, Dwight M. Samuel, Esq., counsel for defendant Edgar Eduardo Herrera, Scott N. Cameron, Esq., and counsel for defendant Jesus Sicairos, Jeffrey L. Staniels, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on October 1, 2015.

2.  By this stipulation, the defendants now move to continue the status conference until December 10, 2015, at 9:30 a.m., and to exclude time between October 1, 2015 and December 10, 2015 under the Local Codes T-2 (unusual and complex) and T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

   a. Currently, the government has produced 148 pages of discovery and four discs of audio recordings. As the court is aware, this is a "wire-tap" case wherein the government was "up on" multiple phone lines (four phone lines). Numerous federal and local law enforcement agencies had been investigating the individuals named in the indictment for several months prior to their respective arrests. Finally, the defense believes the government intends to produce hundreds of photos and videos.

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 1, 2015, to December 10, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and(iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 23, 2015    /s/ Christopher R. Cosca
                             CHRISTOPHER R. COSCA
                             Attorney for Defendant
                             Roberto Gomez, Jr.

Dated: September 23, 2015    /s/ David A. Torres
                             DAVID A. TORRES
                             Attorney for Defendant
                             Leonel Ayon

Dated: September 23, 2015    /s/ Jesse Ortiz, III
                             JESSE ORTIZ, III
                             Attorney for Defendant
                             Leobardo Martinez-Carranza

Dated: September 23, 2015    /s/ Michael Petrik, Jr.
                             MICHAEL PETRIK, JR.
                             Attorney for Defendant
                             Jason Rogers

Dated: September 23, 2015    /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Shannon Armstrong

```
Dated: September 23, 2015              /s/ Toni L. White
                                       TONI L. WHITE
                                       Attorney for Defendant
                                       Bradley Ward

Dated:  September 23, 2015             /s/ Clemente M. Jimenez
                                       CLEMENTE M. JIMENEZ
                                       Attorney for Defendant
                                       David Uhrig

Dated:  September 23, 2015             /s/ David A. Grow
                                       DAVID A. GROW
                                       Attorney for Defendant
                                       William Welch

Dated:  September 23, 2015             /s/ Dwight M. Samuel
                                       DWIGHT M. SAMUEL
                                       Attorney for Defendant
                                       Michael McGibbon

Dated:  September 23, 2015             /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Attorney for Defendant
                                       Jesus Sicairos

Dated:  September 23, 2015             /s/ Scott N. Cameron
                                       SCOTT N. CAMERON
                                       Attorney for Defendant
                                       Edgar Eduardo Herrera


Dated:  September 27, 2015             Benjamin B. Wagner
                                       United States Attorney

                                       by: /s/ Christiaan Highsmith
                                       Christiaan Highsmith
                                       Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of September, 2015.

_____
Troy L. Nunley
United States District Judge