SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EDGAR HERRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EDGAR HERRERA,<br><br>        Defendant, | CASE NO.  2:15-CR-00131 TLN<br><br>**STIPULATION SPECIFYING AMOUNT OF SECURED BOND AND ALLOWING FOR THE FILING OF CONFORMING APPEARANCE BOND; ORDER** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant EDGAR HERRERA, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the Honorable Jennifer L. Thurston, ordered defendant EDGAR HERRERA to post "a full equity property bond secured by the equity in property owned by Mauricio Pulido."  See Dkt. No. 67.

2. In order to comply with the Court's order, defendant must choose a reputable and experienced trustee for the deed of trust securing the property bond.  As such, defendant

has chosen, Chicago Title Company, to be the trustee.  The proposed trustee, as with any reputable and experienced trustee, requires the deed of trust to state an unambiguous value (normally a dollar amount) in the deed of trust to ensure proper administration of the deed of trust if defendant's bond is ever forfeited.

3. The parties agree and stipulate, based on the bond surety's mortgage balance and recent residential appraisal, that the equity in the property owned by Mauricio Pulido to be used to secure defendant's bond is $74,122.00.

4. The parties agree and stipulate that a deed of trust in the amount of $74,122.00 may be used to satisfy the Court's order for a "full equity property bond."

5. Furthermore, because the deed of trust must reference the appearance and compliance bond, the parties stipulate that the defendant may file a new appearance and compliance bond with all of the same terms and conditions as the originally filed appearance and compliance bond (Dkt. No. 70, pp. 4-5), except that the dollar amount in item 3, which presently states "full value of equity," may be modified to state $74,122.00.

6. Pretrial Services Officer, Frank Guerrero (Bakersfield Office) has been consulted and has no objection to this stipulation and [proposed] order.

IT IS SO STIPULATED.

DATED: October 21, 2015          BENJAMIN WAGNER
                                 United States Attorney

                         by      /s/ Christiaan Highsmith
                                 Christiaan Highsmith
                                 Assistant U.S. Attorney

DATED:  October 21, 2015         /s/ Scott Cameron
                                 SCOTT N. CAMERON
                                 Counsel for EDGAR HERRERA

**O R D E R**

IT IS SO ORDERED.

Dated: October 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE