SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EDGAR HERRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EDGAR HERRERA,<br><br>            Defendant, | CASE NO.  2:15-CR-00131 TLN<br><br>**STIPULATION AND ORDER PERMITTING TRAVEL TO MEXICO FOR FUNERAL** |

**STIPULATION**

　　Plaintiff, United States of America, by and through its counsel of record, and defendant, EDGAR HERRERA, by and through his counsel of record, hereby stipulate to the following:

　　1.　　Defendant Edgar Herrera has pled guilty and is scheduled for sentencing on January 12, 2017.

　　2.　　Defendant's grandfather passed-away on December 2, 2016.  There will be a memorial service on Sunday, December 4, 2016, and a burial on Monday, December 5, 2016, both in Ejido Plan de Ayala, Baja California, Mexico.  In addition, defendant would like to assist his grandmother with several items after the service in the same town.

　　3.　　The parties agree and stipulate that defendant may travel to Ejido Plan de Ayala, Baja

1

California, Mexico, for the above-stated purposes and that he is to return to his current residence in McFarland, California, on or before Thursday, December 8, 2016, and report to his pretrial services officer on the same date.

The United States Pretrial Services Department has been consulted about this request and, consistent with their department policy, take no position on this request.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for EDGAR HERRERA to sign and file it on his behalf.

IT IS SO STIPULATED.

                                       Philip A. Talbert
                                       Acting United States Attorney

DATED:   December 2, 2016   By: /s/Samuel Wong
                                       Samuel Wong
                                       Assistant United States Attorney

DATED:   December 2, 2016   /s/Scott Cameron
                                       Scott Cameron
                                       Attorney for Edgar Herrera

**O R D E R**

IT IS SO ORDERED.

Dated:  December 2, 2016

                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE