SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EDGAR HERRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EDGAR HERRERA,<br><br>            Defendant, | CASE NO.  2:15-CR-00131 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, EDGAR HERRERA, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for January 12, 2017, may be continued to May 11, 2017, at 9:30 a.m. This request for a continuance is made on the grounds that there are issues related to sentencing that remain unresolved and which constitute good cause to change the time limits for sentencing within the meaning of F.R.Crim.P. 32(b)(2). Specifically, the parties need additional time to determine whether there are grounds for a departure from the applicable sentencing guideline range.

The United States Probation Department has been consulted about this continuance and has no objection.

1

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for EDGAR HERRERA to sign and file it on his behalf.

IT IS SO STIPULATED.

                                        Philip A. Talbert
                                        United States Attorney

DATED:       January 6, 2017        By: /s/ Samuel Wong
                                          Samuel Wong
                                          Assistant United States Attorney

DATED:       January 6, 2017        /s/Scott Cameron
                                          Scott Cameron
                                          Attorney for Edgar Herrera

**O R D E R**

IT IS SO ORDERED this 6th day of January, 2017.

_____
Troy L. Nunley
United States District Judge