SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EDGAR HERRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00131 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| EDGAR HERRERA, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, EDGAR HERRERA, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for May 11, 2017, may be continued to October 26, 2017, at 9:30 a.m. This request for a continuance is made on the grounds that there are issues related to sentencing that remain unresolved and which constitute good cause to change the time limits for sentencing within the meaning of F.R.Crim.P. 32(b)(2). Specifically, the parties need additional time to determine whether there are grounds for a departure from the applicable sentencing guideline range.

The United States Probation Department has been consulted about this continuance and has no objection.

1

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for EDGAR HERRERA to sign and file it on his behalf.

IT IS SO STIPULATED.

                                                  Philip A. Talbert
                                                  United States Attorney

DATED:      May 8, 2017                    By: /s/ Samuel Wong
                                                      Samuel Wong
                                                      Assistant United States Attorney

DATED:      May 8, 2017                       /s/Scott Cameron
                                                      Scott Cameron
                                                      Attorney for Edgar Herrera

## **O R D E R**

IT IS SO ORDERED this 9th day of May, 2017.

_____
Troy L. Nunley
United States District Judge