SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1017 L Street, PMB 576
Sacramento, CA 95814
Ph. 916-769-8842
snc@snc-attorney.com

Attorney for:
EDGAR HERRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00131 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| EDGAR HERRERA, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, EDGAR HERRERA, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for September 13, 2018, may be continued to September 27, 2018, at 9:30 a.m. This request for a continuance is made on the grounds that there is a scheduling conflict on the part of the defense. Moreover, there are issues related to sentencing that remain unresolved and which constitute good cause to change the time limits for sentencing within the meaning of F.R.Crim.P. 32(b)(2). Specifically, the parties need additional time to determine whether there are grounds for a departure from the applicable sentencing guideline range.

The United States Probation Department has been consulted about this continuance and has

1

no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for EDGAR HERRERA to sign and file it on his behalf.

IT IS SO STIPULATED.

                                                McGregor W. Scott
                                                United States Attorney

DATED: August 1, 2018                    By: /s/ Samuel Wong
                                                Samuel Wong
                                                Assistant United States Attorney

DATED: August 1, 2018                    /s/Scott Cameron
                                                Scott Cameron
                                                Attorney for Edgar Herrera

## **O R D E R**

IT IS SO ORDERED this 2nd day of August, 2018.

                                                Troy L. Nunley
                                                United States District Judge