1  Scott N. Cameron (SBN: 226605)
   Attorney at Law
2  1017 L Street, PMB 576
3  Sacramento, CA 95814
   (916)769-8842
4

5  Attorney for:
   EDGAR HERRERA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) CASE NO.  2:15-CR-131 TLN
                                       )
12          Plaintiff,                 )
                                       )
13                                     ) **APPLICATION FOR COURT ORDER**
        vs.                            ) **TO EXONERATE BOND AND**
14                                     ) **RECONVEY PROPERTY; ORDER**
   EDGAR HERRERA, et. al.,             )
15                                     ) JUDGE:  Hon. Troy L. Nunley
                                       )
16          Defendants.                )

17  I, Scott N. Cameron, hereby declare as follows:

18     1. I am an attorney, licensed in the state of California, and have been appointed by this

19        Court to represent Edgar Herrera in the above-captioned case.

20     2. On May 23, 2019, this Court sentenced Edgar Herrera to 38 months of imprisonment.

21        (ECF No. 455.)  Edgar Herrera was ordered to surrender himself to the Bureau of

22        Prisons on July 8, 2019.  (ECF No. 455.)  Edgar Herrera timely surrendered to the

23        Bureau of Prisons and is presently incarcerated at FCI Lompoc in California.  His

24        registry number is 72819-097.

25     3. The defendant, Edgar Herrera, by and through his undersigned counsel, Scott N.

26        Cameron, respectfully requests that this Court order the exoneration of the $74,122.00

27        secured appearance bond (ECF No. 78) used to ensure Edgar Herrera's appearance in

28        this matter.  It is further requested that the property listed in that appearance bond, and

also listed in deed of trust #0215160675 (ECF No. 82), be reconveyed back to the property's owner, Mauricio D. Pulido, Sr.

4. It is further requested that the Court order the clerk of the court to send the reconveyance documentation and original deed of trust to:

Scott N. Cameron
Attorney at Law
1017 L Street, PMB 576
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 1, 2019, at Sacramento, California.

/s/Scott N. Cameron
Scott N. Cameron
Attorney for Edgar Herrera

**ORDER**

IT IS SO ORDERED that the $74,122.00 secured appearance bond (ECF No. 78) is exonerated and the property listed in that appearance bond, and also listed in deed of trust #0215160675 (ECF No. 82), is to be reconveyed back to the property owner, Mauricio D. Pulido, Sr.

IT IS FURTHER ORDERED that the Clerk of the Court send the reconveyance documentation and original deed of trust to:

Scott N. Cameron
Attorney at Law
1017 L Street, PMB 576
Sacramento, CA 95814

Dated: August 5, 2019

Troy L. Nunley
United States District Judge