MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR EDUARDO HERRERA., <br><br> Defendant. | CASE NO. 2:15-CR-00131-TLN <br><br> STIPULATION AND ORDER TO SET BRIEFING SCHEDULE <br><br> DATE: <br> TIME: <br> COURT: Hon. Troy L. Nunley |

### **STIPULATION TO SET BRIEFING SCHEDULE**

On September 4, 2020, the defendant filed an Emergency Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 477.) By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by September 21, 2020.

2. The defendant's reply shall be filed by September 28, 2020.

IT IS SO STIPULATED.

///

///

///

///

///

| | |
|---|---|
| Dated:  September 10, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated:  September 10, 2020 | /s/ SCOTT N. CAMERON<br>SCOTT N. CAMERON<br>Counsel for Defendant<br>Edgar Eduardo Herrera |

## ORDER

Based on the request of the parties, the Court adopts the following briefing schedule.  The United States shall file its response to the defendant's motion by September 21, 2020.  The defendant shall file any reply by September 28, 2020.

IT IS SO ORDERED this 10th day of September, 2020.

Troy L. Nunley
United States District Judge