Scott N. Cameron (SBN: 226605)
Attorney at Law
1017 L Street, PMB 576
Sacramento, CA 95814-3805
(916) 769-8842

Attorney for:
EDGAR EDUARDO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:15-CR-00131 TLN |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **MODIFY BRIEFING SCHEDULE** |
| EDGAR EDUARDO HERRERA, | ) |
| Defendant. | ) Court: Hon. Troy L. Nunley |

### STIPULATION TO MODIFY BRIEFING SCHEDULE

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 4, 2020, defendant Edgar Herrera filed a Motion to Reduce his Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (compassionate release).  ECF No. 477.

2. On September 21, 2020, the United States filed its opposition brief to Mr. Herrera's motion.  ECF No. 481.

3. Mr. Herrera's reply brief is presently due on Monday, September 28, 2020.

4. Counsel for Mr. Herrera needs an additional week to receive a document from Mr. Herrera in the mail and to further obtain documents to address the assertions in the United States' opposition brief. The United States does not oppose this request.

5. Therefore, the parties agree and propose that Mr. Herrera's reply brief be filed on, or by, October 5, 2020.

6. By this stipulation, the parties request the Court to order the proposed modification to the briefing schedule.

IT IS SO STIPULATED.

Dated: September 23, 2020           McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Scott N. Cameron for Justin L. Lee
                                    JUSTIN L. LEE
                                    Assistant United States Attorney


Dated: September 23, 2020           /s/Scott N. Cameron
                                    SCOTT N. CAMERON
                                    Attorney for Defendant
                                    Edgar Eduardo Herrera

### ORDER

Based on the facts stated in the above stipulation, the Court hereby modifies the briefing schedule on defendant's Motion to Reduce Sentence such that defendant Herrera's reply brief shall be filed by October 5, 2020.

IT IS SO ORDERED this 23rd day of September, 2020

_____
Troy L. Nunley
United States District Judge