1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 15-CR-00131-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENTS** |
| vs. | ) | |
| | ) | |
| EDGAR EDUARDO HERRERA, | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and for the reasons set-forth in Defendant Edgar Herrera's Requests to Seal Documents, it is the order of this Court that the following documents shall be filed under seal:

1. Exhibit D to Mr. Herrera's motion for compassionate release (ECF No. 477) - 99 pages of Mr. Herrera's medical records (including caption page).

2. The "Request to Seal Documents" for Exhibit D.  Local Rule 141(e).

3. Exhibit L to Mr. Herrera's reply brief to the Government's opposition to the motion for compassionate release (ECF No. 489) - 9 pages of Mr. Herrera's medical records (including caption page).

4. The "Request to Seal Documents" for Exhibit L.  Local Rule 141(e).

1        This motion to seal is subject to a motion to unseal, for good cause shown, pursuant to

2  Local Rule 141(f).

3        IT IS SO ORDERED.

4  DATED:  October 8, 2020

Troy L. Nunley
United States District Judge